IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

RICKY DAVIS                                                                         PETITIONER

VERSUS                                                     CIVIL ACTION NO. 4:07cv22-DPJ-JCS

JIM HOOD                                                                            RESPONDENT

<u>ORDER</u>

This cause comes before this court on petitioner's request for a writ of habeas corpus. The petitioner names Jim Hood, Attorney General for the State of Mississippi as respondent in this request for habeas relief. Rule 2(a) of the *Rules Governing Section 2254 Cases in the United States District Court* provides that the respondent named by the petitioner shall be the state officer having custody of the petitioner. Petitioner states that he is presently incarcerated at the East Mississippi Correctional Facility, Meridian, Mississippi. Therefore, the petitioner is ordered to submit a written response to this order naming as the respondent the person who is his custodian where he is presently incarcerated. Accordingly,

**IT IS ORDERED that petitioner shall file a written response to this order by naming as the respondent the person who is his custodian,** *i.e.* **the Warden, Superintendent, or Jailor, where he is presently incarcerated on or before March 19, 2007. Failure by petitioner to comply with this order will be interpreted by the court as a failure to prosecute and may result in this cause being summarily dismissed.**

SO ORDERED, this the 26th day of February, 2007.

*s/ James C. Sumner*
UNITED STATES MAGISTRATE JUDGE