IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

RICKY DAVIS                                                                                              PETITIONER

VERSUS                                                               CIVIL ACTION NO. 4:07cv22-DPJ-JCS

CHRISTOPHER EPPS,
WARDEN DALE CASKEY
and JIM HOOD                                                                                         RESPONDENTS

### ORDER

This matter comes before this court, *sua sponte*, for consideration of the transfer of this cause. The petitioner, an inmate currently incarcerated in the East Mississippi Correctional Facility, Meridian, Mississippi, filed this request for habeas corpus relief pursuant to 28 U.S.C. § 2254. Petitioner states that on March 10, 1992, he was convicted of simple robbery and aggravated assault in the Circuit Courts of Clarke and Lauderdale County, Mississippi. He was then sentenced to two consecutive life sentences as a habitual offender in the custody of the Mississippi Department of Corrections.

The petitioner has previously filed for habeas relief in this court challenging the same conviction, *Davis v. Eaves*, 4:98cv7-TSL-AGN (S.D. Miss. Dec. 9, 1998). On December 9, 1998, this court entered a final judgment dismissing the action with prejudice. The petitioner filed a notice of appeal to the United States Court of Appeals for the Fifth Circuit on January 6, 1999. The Fifth Circuit denied the petitioner's request for a certificate of appealability on August 23, 2000, which was filed in this court on August 25, 2000. *Davis v. Eaves*, No. 99-60012 (5th Cir. Aug. 23, 2000).

A petitioner who is filing a second or successive motion for habeas relief must first apply to the appropriate court of appeals for an order authorizing the district court to consider the successive motion.  28 U.S.C. § 2244(b)(3)(A).  In the case at bar, the petitioner has failed to submit any documentation demonstrating that he has obtained the required authorization from the United States Court of Appeals for the Fifth Circuit.  Therefore, this court has determined that in the interest of justice this cause should be transferred to the United States Court of Appeals for the Fifth Circuit for a determination whether this successive or second petition should be allowed.  *See In Re Epps*, 127 F.3d 364 (5th Cir. 1997);  28 U.S.C. § 1631.  Accordingly, it is hereby,

ORDERED that this petition for habeas corpus relief be, and the same hereby is, transferred to the United States Court of Appeals for the Fifth Circuit.

IT IS FURTHER ORDERED that the clerk of this court is directed terminate all pending motions and to close this case pending the decision of the United States Court of Appeals for the Fifth Circuit.

**SO ORDERED AND ADJUDGED** this the 20th day of March, 2007.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE