IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 07-60241

**United States Court of Appeals
Fifth Circuit**

**FILED**
June 4, 2007

Charles R. Fulbruge III
Clerk

In Re: RICKY DAVIS

      Movant

---

Transfer from the United States District Court for the
Southern District of Mississippi, USDC No 4:07-CV-22

---

CLERK'S OFFICE:

Under 5ᵀᴴ CIR. R. 42.3, the appeal is dismissed as of June 4, 2007, for want of prosecution. The appellant failed to timely comply with this Court's notice of March 23, 2007.

                            CHARLES R. FULBRUGE III
                            Clerk of the United States Court
                            of Appeals for the Fifth Circuit

                    By: _____
                           Peter Conners, Deputy Clerk

            ENTERED AT THE DIRECTION OF THE COURT

DIS-2

A true copy
Attest
Clerk, U.S. Court of Appeals, Fifth Circuit
By_____
                 Deputy   JUN — 4 2007
New Orleans, Louisiana